**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**KIMBERLY ANN LANEY**                                            **PETITIONER**

**vs.**                                                **CIVIL ACTION NO.: 3:14-CV-825-HTW-LRA**

**RON KING**                                                       **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING CASE**

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 17]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 17]** is hereby **ADOPTED** as the order of this court.

Further, this hereby **DISMISSES** this lawsuit with prejudice. The parties are to bear their own costs.

**SO ORDERED, this this   19th   day of  May  , 2017.**

                                                  **s/  HENRY T. WINGATE
                                                  UNITED STATES DISTRICT COURT JUDGE**